EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br><br><br>Yesenia Vázquez Torres | 2012 TSPR 8<br><br><br>184 DPR ____ |

Número del Caso: TS-16169

Fecha: 13 de enero de 2012

Abogado de la Querellada:

        Lcdo. Guillermo Figueroa Prieto

Oficina de Inspección de Notarías:

        Lcda. Lourdes Quintana Lloréns
        Directora

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In Re:<br><br>YESENIA VÁZQUEZ TORRES | NÚM. **TS-16169** | Reinstalación |

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de enero de 2012.

Examinadas la "Moción Para Solicitar Reinstalación" presentada por la peticionaria el 11 de enero de 2012 y la "Moción Informativa Sobre Correcciones y Aprobación de la Obra Notarial Incautada" presentada por la Oficina de Inspección de Notarías (ODIN) en esa misma fecha, se autoriza la reinstalación de la Lcda. Yesenia Vázquez Torres al ejercicio de la abogacía y la notaría por haber transcurrido el término de separación previamente impuesto.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo